1  STDM
   Robert A. Nersesian
2  Nevada Bar No. 2762
   Thea Marie Sankiewicz
3  Nevada Bar No. 2788
   **Nersesian & Sankiewicz**
4  528 S. Eighth Street
5  Las Vegas, Nevada 89101
   702-385-5454
6  vegaslegal@aol.com
   Attorneys for Plaintiffs
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ANDERSON and MELISSA ANDERSON, husband and wife,<br><br>Plaintiffs,<br><br>PHWLV, LLC, d/b/a PLANET HOLLYWOOD RESORT AND CASINO; CAESARS ENTERTAINMENT, INC., d/b/a BAKKT THEATER f/k/a ZAPPOS THEATER; AMERICAN MEDICAL RESPONSE, INC.; and **DOES I-X**,<br><br>Defendants. | Case No.:<br>**2:24-CV-00510-APG-EJY** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

NOW COME the parties hereto, by and through their respective counsel, and herewith stipulate that the within action be dismissed with prejudice, each party to bear their own costs and attorneys fees.

Dated this 21st day of August, 2021

**Nersesian & Sankiewicz**

/s/
Robert A. Nersesian
Nevada Bar No. 2762
528 S. Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: August 29, 2024

_____
Andrew P. Gordon
United States District Judge

**Lewis Brisbois Bisgaard & Smith LLP**

/s/_____
Michael R. Smith
Nevada Bar No. 12641
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for PHWLV, LLC and Caesars Entertainment, Inc.*

**Messner Reeves LLP**

/s/_____
Karie Wilson
Nevada Bar No. 7957
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for American Medical Response, Inc.*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

RE: Anderson v. PHWLV

From: Karie Wilson (kwilson@messner.com)
To: vegaslegal@aol.com; michael.r.smith@lewisbrisbois.com
Cc: vpacheco@messner.com
Date: Tuesday, August 20, 2024 at 02:32 PM PDT

Thank you, Robert. You may include my e-signature on the stipulation for dismissal on behalf of American Medical Response.

**KARIE N. WILSON**
Partner
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** kwilson@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Robert Nersesian/Thea Sankiewicz <vegaslegal@aol.com>
**Sent:** Tuesday, August 20, 2024 1:57 PM
**To:** Smith Michael R. (LV) <michael.r.smith@lewisbrisbois.com>; Karie Wilson <KWilson@messner.com>
**Cc:** Robert Nersesian <vegaslegal@aol.com>; Veronica Pacheco <VPacheco@messner.com>
**Subject:** Anderson v. PHWLV

**[ EXTERNAL EMAIL ]**

Dear Counsel:

I thank you each for your agreement to the dismissal with prejudice, each party to bear their own costs and attorney's fees. Attached is a draft stipulation and order. I believe this comports with our understanding. If I am correct, please email back your consent to affix your e-signature to a copy for filing.

Thank you for your cooperation.

Very truly yours,

Robert A. Nersesian

Thea Marie Sankiewicz

NERSESIAN & SANKIEWICZ

528 South Eighth Street

Las Vegas, Nevada 89101

Telephone: (702)385-5454

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

RE: Anderson v. PHWLV

From: Smith, Michael R. (LV) (michael.r.smith@lewisbrisbois.com)
To: vegaslegal@aol.com; kwilson@messner.com
Cc: cynthia.halas@lewisbrisbois.com
Date: Tuesday, August 20, 2024 at 02:08 PM PDT

Good afternoon.

I have reviewed the proposed Stipulation for Dismissal in this action.

Please change the signature line for Lewis Brisbois Bisgaard & Smith, LLP from Christy Lyn Galliher to MICHAEL R. SMITH, Nev. Bar No. 12641.

After that change is made, you may use my e-signature to submit the proposed Stipulation for Dismissal to the Court.

Thank you-

Michael



**Michael R. Smith**
**Partner**
**Michael.R.Smith@lewisbrisbois.com**

T: 702.830.9017  F: 702.366.9563

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Robert Nersesian/Thea Sankiewicz <vegaslegal@aol.com>
**Sent:** Tuesday, August 20, 2024 1:57 PM
**To:** Smith, Michael R. (LV) <Michael.R.Smith@lewisbrisbois.com>; Karie Wilson <kwilson@messner.com>
**Cc:** Robert Nersesian <vegaslegal@aol.com>
**Subject:** Anderson v. PHWLV

EXTERNAL

Dear Counsel:

I thank you each for your agreement to the dismissal with prejudice, each party to bear their own costs and attorney's fees. Attached is a draft stipulation and order. I believe this comports with our understanding. If I am correct, please email back your consent to affix your e-signature to a copy for filing.

Thank you for your cooperation.

Very truly yours,

Robert A. Nersesian

Thea Marie Sankiewicz

NERSESIAN & SANKIEWICZ

528 South Eighth Street

Las Vegas, Nevada 89101

Telephone: (702)385-5454

 mansfieldcertificationbadgecolor2022-202349pxhigh_6cc944fa-64d3-407e-bbe4-704052c31b42.png
9.7kB